United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEVON ONEKA PAYNE, a/k/a Payne Chvon Oneka, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-2884 |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § § § § | |
| Respondents. | § | |

## ORDER FOR STATUS REPORT

Petitioner Chevon Oneka Payne, a/k/a Payne Chevon Oneka, is detained in the custody of officials with Immigration and Customs Enforcement (ICE). Proceeding *pro se*, the petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1) on April 10, 2026. The respondents filed a motion for summary judgment, which is pending.

Public online records reflect that an immigration judge ordered the petitioner removed on December 10, 2025, and that the Board of Immigration Appeals dismissed his appeal on June 5, 2026. *See* EOIR Automated Case Information, available at https://acis.eoir.justice.gov/en/ (last visited Aug. 10, 2026).

1 / 2

The parties are **ORDERED** to file a status report **within five days** of the date of this order and to address whether this habeas petition is moot.  If appropriate, the parties should include a proposed order of dismissal.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on      August 13                    , 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE